IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN SLEVIN,

      **Plaintiff,**

vs.                                          No. CIV 08-01185 MV/DJS

**BOARD OF COMM. FOR THE COUNTY
OF DOÑA ANA et al.,**

      **Defendants.**

## ORDER AMENDING THE CAPTION AND EXTENDING DEADLINE TO JOIN ADDITIONAL PARTIES

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Amend the Caption and to Extend the Deadline to Join Additional Parties and the Court having been advised;

**THE COURT FINDS** that it has jurisdiction over the parities and the subject matter involved herein and that the Motion is well taken and should be granted.

**WHEREFORE**, it is Ordered, Adjudged, and Decreed that that the Motion be granted substituting John Doe 1 for Dan Zemek as a party Defendant and the deadline to Join Additional Parties set forth in the Joint Status Report and Provisional Discovery Plan be extended by 30 days.

_____
**DON J. SVET
UNITED STATES MAGISTRATE JUDGE**

APPROVED BY:
COYTE LAW, P.C.

/s/ Matthew E. Coyte
Matthew E. Coyte
Attorney for Plaintiff
1000 Second Street NW
Albuquerque, NM 87102
(505) 244-3030

-AND-


telephonic approval 5/15/09
John W. Caldwell
Attorney for Defendants
P.O. Box 1405
Fairacres, New Mexico 88033-1405
(915) 566-8688

2