IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN SLEVIN,

      Plaintiff,

                                                Civil No. CIV 08-1185 MV/DJS

vs.

BOARD OF COMMISSIONERS FOR THE
COUNTY OF DOÑA ANA, et al.,

      Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Disqualify and Memorandum in Support Thereof [Doc. 57]. The Court, having considered the motion, briefs, relevant law and being otherwise fully informed, finds that disqualification is not warranted pursuant to subsection (a) or (b) of 28 U.S.C. Section 455, as Defendants have failed to demonstrate either that: (1) a reasonable person, knowing all of the relevant facts, would harbor doubts about the Court's impartiality; or (2) the Court has a personal bias or prejudice concerning a party herein or personal knowledge of disputed evidentiary facts concerning this proceeding. A Memorandum Opinion fully setting forth the Court's rationale for this decision will follow.

IT IS ORDERED that Defendants' Motion to Disqualify and Memorandum in Support Thereof is denied.

DATED this 21st day of December, 2011.

_____
MARTHA VÁZQUEZ
United States District Judge