**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

# CLERK'S MINUTES

***Before the Honorable Martha Vázquez***

**Case No.:** CV 08-1185-MV/SDV **Date:** January 17, 2012

**Title:** Slevin v. Board of County Commissioners of Dona Ana County, et al.;

**Courtroom Clerk:** Jacqueline Davis **Court Reporter:** Susan Sperry

**Court in Session:** 9:01 a.m. **Court in Recess:** 5:02 p.m.

TOTAL TIME IN COURT = 4 hours, 21 minutes

**TYPE OF PROCEEDING:** Jury Trial - Day One

**COURT'S RULINGS AND/OR DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**

Matthew Coyte
Jack Bennett Jacks

**ATTORNEY(S) FOR DEFENDANT:**

John Caldwell

**PROCEEDINGS:**

9:01 a.m. Court in Session

Preliminary issues discussed.

Court advises that there will be eight jurors. Court discusses voir dire questions and jury process.

9:11 a.m. Court in recess

9:32 a.m. Court in session

Jury selection begins.

Court addresses potential jurors and introduces parties and attorneys.

Jurors sworn.

Court summarizes case for potential jurors.

Court conducts voir dire of potential jurors.

Mr. Coyte conducts voir dire of potential jurors.

10:38 a.m. Court in recess

11:00 a.m. Court in session

Mr. Coyte continues voir dire of potential jurors.

Mr. Caldwell conducts voir dire of potential jurors.

Court excuses potential jurors and instructs lawyers to return at 1:15 p.m.

11:47 a.m. Court in recess

1:22 p.m. Court in session

Jury selection conducted.

Potential jurors enter courtroom.

Jurors are identified and seated.

Remainder of potential jurors are dismissed.

Jurors sworn.

Court gives preliminary jury instructions.

Mr. Coyte makes opening statement.

Mr. Caldwell makes opening statement.

Jury leaves courtroom.

Mr. Coyte presents objection.

Mr. Caldwell responds.

Mr. Coyte replies.

Mr. Caldwell provides further response.

Mr. Coyte provides further reply.

Court sustains Mr. Coyte's objection.

Jury returns to courtroom.

Mr. Coyte calls Daniel Zemek as witness.

Witness sworn.

Mr. Coyte conducts examination.

Jurors leave courtroom.

3:31 p.m. Court in recess.

3:53 p.m. Court in session.

Mr. Coyte continues examination.

Jurors leave courtroom.

5:02 p.m. Court in recess.