**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CLERK'S MINUTES**

***Before the Honorable Martha Vázquez***

**Case No.:** CV 08-1185-MV/SDV **Date:** January 18, 2012

**Title:** Slevin v. Board of County Commissioners of Dona Ana County, et al.;

**Courtroom Clerk:** Jacqueline Davis **Court Reporter:** Susan Sperry

**Court in Session:** 9:02 a.m. **Court in Recess:** 5:12 p.m.

TOTAL TIME IN COURT = 6 hours, 22 minutes

**TYPE OF PROCEEDING:** Jury Trial - Day Two

**COURT'S RULINGS AND/OR DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**

Matthew Coyte

Jack Bennett Jacks

**ATTORNEY(S) FOR DEFENDANT:**

John Caldwell

**PROCEEDINGS:**

9:02 a.m. Court in Session

Jury enters courtroom.

Mr. Coyte continues examination of Mr. Zemek.

Mr. Caldwell conducts examination of Mr. Zemek.

Jury leaves courtroom.

10:09 a.m. Court in recess

10:22 a.m. Court in session

Mr. Coyte presents argument on objection to evidence regarding availability of mental healthcare in community.

Mr. Caldwell presents argument in opposition to objection to evidence regarding availability of mental healthcare in community

Court sustains objection.

10:44 a.m. Jury enters courtroom..

Mr. Caldwell continues his examination of the witness.

Mr. Coyte examines witness.

Mr. Coyte calls Christopher Barela to witness stand.

Witness sworn.

Mr. Coyte examines Mr. Barela.

11:52 a.m. Jury leaves courtroom.

11:52 a.m. Court in recess.

1:36 p.m. Court in session.

1:37 p.m. Jury enters courtroom.

Mr. Coyte continues his examination of witness.

3:30 p.m. Jury leaves courtroom.

3:30 p.m. Court in recess.

3:51 p.m. Court in session. Defense counsel requests that instead of examining witnesses on his case in chief after the plaintiff's direct examination, that he be allowed to return to the normal trial order and examine his witnesses after the plaintiff rests his case.

Court grants request. Plaintiff's counsel does not oppose.

3:53 p.m. Jury enters courtroom.

Mr. Coyte continues his examination of witness.

Mr. Jacks calls Benjamin Mendoza to the stand.

Mr. Jacks examines the witness.

4:52 p.m. Jury leaves courtroom.

4:53 p.m. Court in recess

5:01 p.m. Court in session

Court questions John Oates regarding whether he would like to testify this evening or return in the morning, and discusses logistics with the corrections transport officers. It is decided that Mr. Oates will testify in the morning.

5:11 p.m. Jury enters courtroom.

Court addresses jury.

5:12 p.m. Court in recess