**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CLERK'S MINUTES**

***Before the Honorable Martha Vázquez***

**Case No.:** CV 08-1185-MV/SDV **Date:** January 19, 2012

**Title:** Slevin v. Board of County Commissioners of Dona Ana County, et al.;

**Courtroom Clerk:** Jacqueline Davis **Court Reporter:** Susan Sperry

**Court in Session:** 9:02 a.m. **Court in Recess:** 4:11 p.m.

TOTAL TIME IN COURT - 5 hours, 56 minutes

**TYPE OF PROCEEDING:** Jury Trial - Day Three

**COURT'S RULINGS AND/OR DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**

Matthew Coyte
Jack Bennett Jacks

**ATTORNEY(S) FOR DEFENDANT:**

John Caldwell

**PROCEEDINGS:**

9:02 a.m. Court in Session

9:03 a.m. Jury enters courtroom.

Mr. Jacks continues examination of Mr. Mendoza.

Mr. Jacks calls Dr. Paul Bagwell as witness.

Witness sworn.

Mr. Jacks conducts direct examination of Dr. Bagwell.

10:27 a.m. Jury leaves courtroom

10:27 a.m. Court in recess

10:44 a.m. Court in session

10:45 a.m. Jury enters courtroom

Mr. Coyte calls John Oates as a witness.

Witness sworn.

Mr. Coyte conducts direct examination of witness.

Mr. Caldwell conducts cross examination of witness.

Mr. Coyte conducts re-direct examination of witness.

Dr. Bagwell returns to witness stand.

Mr. Caldwell conducts cross-examination of witness.

Mr. Jacks conducts re-direct examination of witness.

Jury leaves courtroom

11:51 a.m. Court in recess

1:20 p.m. Court in session

Mr. Coyte moves to exclude evidence of settlement of lawsuit against Detention Center and subsequent remedial measures.

Mr. Caldwell responds.

Mr. Coyte replies.

Court will not decide issue at this time.

1:33 p.m. Court in session.

Mr. Coyte calls Dr. Stone to the witness stand.

Witness sworn.

Mr. Coyte conducts examination of witness.

Mr. Caldwell conducts examination of witness.

Mr. Coyte objects to Dr. Stone testifying as to issues of criminal justice system.

Mr. Caldwell proffers Dr. Stone as an expert involving mental health issues in jails.

Mr. Coyte voir dires the witness.

Mr. Coyte renews his objection.

The Court sustains the objection.

Mr. Caldwell continues his examination of the witness.

Mr. Coyte re-examines witness.

Court instructs jury as to use of deposition testimony as evidence.

Mr. Coyte presents deposition testimony of Yvonne Avalos.

Mr. Coyte presents deposition testimony of Nancy Madden.

3:00 p.m. Court in recess

3:15 p.m. Court in session

Mr. Caldwell requests that certain lines of deposition testimony be excluded.

Court sustains objection.

Jury enters courtroom

Mr. Coyte presents deposition testimony of Michelle Vangils.

4:49 p.m. Jury leaves courtroom.

4:50 p.m. Court in recess.

4:52 p.m. Court in session.

Court hears further argument on Plaintiff's objection to evidence of remedial measures.

Court orders parties to file briefs on admissibility of evidence of remedial measures and return to Court at 8:00 a.m. on Friday, January 20, 2011 for argument on this issue.

4:11 p.m. Court in recess.