IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN SLEVIN,

    Plaintiff,

v.                                                                   No. CIV 08-01185 MV/DJS

BOARD OF COMMISSIONERS FOR THE
COUNTY OF DOÑA ANA, et al.,

    Defendants.

## SPECIAL VERDICT FORM

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JAN 2 4 2012

MATTHEW J. DYKMAN
CLERK

**Question No. 1:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Barela is liable for depriving Plaintiff of his constitutional right to humane conditions of confinement?

        Yes __X__        No _____

    **B.**    Do you find by a preponderance of the evidence that Defendant Barela is liable for depriving Plaintiff of his constitutional right to receive adequate medical attention?

        Yes __X__        No _____

    **C.**    Do you find by a preponderance of the evidence that Defendant Barela is liable for depriving Plaintiff of his procedural due process rights?

        Yes __X__        No _____

*If you answered "yes" to ANY subpart of Question 1, please answer Questions 2 through 4.*

*If you answered "no" to ALL subparts of Question 1, please skip Questions 2 through 4 and move on to Question 5.*

**Question No. 2:**

    Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Barela as a result of his deprivation of Plaintiff's constitutional rights?

        Yes __X__        No _____

**Question No. 3:**

    **A.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to punitive damages from Defendant Barela as a result of his deprivation of Plaintiff's constitutional rights?

    Yes __X__      No _____

*If you answered "yes" to Question 3(A), please answer Question 3(B).*

*If you answered "no" to Question 3(A), please skip Question 3(B) and move on to Question 4.*

    **B.**    What is the amount of punitive damages to which Plaintiff is entitled against Defendant Barela?

    __3 million dollars__

**Question No. 4:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Board of Commissioners for the County of Doña Ana is liable for Defendant Barela's deprivation of Plaintiff's constitutional rights?

    Yes __X__      No _____

*If you answered "yes" to Question 4(A), please answer Question 4(B).*

*If you answered "no" to Question 4(A), please skip Question 4(B) and move on to Question 5.*

    **B.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Board of Commissioners for the County of Doña Ana as a result of Defendant Barela's deprivation of Plaintiff's constitutional rights?

    Yes __X__      No _____

**Question No. 5:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Zemek is liable for depriving Plaintiff of his constitutional right to humane conditions of confinement?

        Yes __X__        No _____

    **B.**    Do you find by a preponderance of the evidence that Defendant Zemek is liable for depriving Plaintiff of his constitutional right to receive adequate medical attention?

        Yes __X__        No _____

    **C.**    Do you find by a preponderance of the evidence that Defendant Zemek is liable for depriving Plaintiff of his procedural due process rights?

        Yes __X__        No _____

*If you answered "yes" to ANY subpart of Question 5, please answer Questions 6 through 8.*

*If you answered "no" to ALL subparts of Question 5, please skip Questions 6 through 8 and move on to Question 9.*

**Question No. 6:**

Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Zemek as a result of his deprivation of Plaintiff's constitutional rights?

        Yes __X__        No _____

**Question No. 7:**

    **A.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to punitive damages from Defendant Zemek as a result of his deprivation of Plaintiff's constitutional rights?



        Yes __X__        No _____

*If you answered "yes" to Question 7(A), please answer Question 7(B).*

*If you answered "no" to Question 7(A), please skip Question 7(B) and move on to Question 8.*

    **B.**    What is the amount of punitive damages to which Plaintiff is entitled against Defendant Zemek?

    __3 1/2 million dollars__

**Question No. 8:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Board of Commissioners for the County of Doña Ana is liable for Defendant Zemek's deprivation of Plaintiff's constitutional rights?

    Yes __X__    No _____

*If you answered "yes" to Question 8(A), please answer Question 8(B).*

*If you answered "no" to Question 8(A), please skip Question 8(B) and move on to Question 9.*

    **B.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Board of Commissioners for the County of Doña Ana as a result of Defendant Zemek's deprivation of Plaintiff's constitutional rights?

    Yes __X__    No _____

**Question No. 9:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Barela is liable for violating Plaintiff's rights under the Americans with Disabilities Act?

    Yes __X__    No _____

*If you answered "yes" to Question 9(A), please answer Question 9(B).*

*If you answered "no" to Question 9(A), please skip Question 9(B) and move on to Question 10.*

    **B.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Barela as a result of his violation of Plaintiff's rights under the Americans with Disabilities Act?

    Yes __X__    No _____

**Question No. 10:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Doña Ana County Detention Center committed the tort of false imprisonment against Plaintiff?

    Yes __X__    No _____

*If you answered "yes" to Question 10(A), please answer Question 10(B).*

*If you answered "no" to Question 10(A), please skip Question 10(B) and move on to Question 11.*

    **B.**    Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Doña Ana County Detention Center for its commission of the tort of false imprisonment against Plaintiff?

    Yes __X__    No _____

**Question No. 11:**

    **A.**    Do you find by a preponderance of the evidence that Defendant Doña Ana County Detention Center is liable for committing the tort of negligent operation or maintenance of a building?

    Yes __X__    No _____

*If you answered "yes" to Question 11(A), please answer Question 11(B).*

*If you answered "no" to Question 11(A), please skip Question 11(B) and continue to Question 12.*

**B.** Do you find by a preponderance of the evidence that Plaintiff is entitled to compensatory damages from Defendant Doña Ana County Detention Center as a result of its commission of the tort of negligent operation or maintenance of a building?

Yes ✗       No _____

**Question No. 12:**

*If you answered "yes" to ANY of the following questions: Question 2, 4(B), 6, 8(B), 9(B), 10(B), OR 11(B), please answer Question 12.*

*If you answered "no" to ALL of the following questions: Question 2, 4(B), 6, 8(B), 9(B), 10(B), AND 11(B), please do not answer any further questions.*

What is the amount of compensatory damages to which Plaintiff is entitled?

_15.5 million_

500K a month while incarcerated x 23 months → 11.5 million
1 million a year post incarceration → + 4 million
                                          15.5 million

Jan 24th 2012
DATE                    FOREPERSON