IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN SLEVIN,

Plaintiff,

v.

No. CV 08-1185-MV/SMV

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JAN 24 2012

MATTHEW J. DYKMAN
CLERK

BOARD OF COUNTY COMMISSIONERS FOR DONA ANA COUNTY, et al.,

Defendants.

**EXHIBIT LIST & RECEIPT FOR TRIAL EXHIBITS**

**Law Clerk:** Jacqueline Davis

**Court Reporter:** Susan Sperry

| Plaintiff | Defendants | Date Marked | Date Admitted | Description of Exhibit |
|---|---|---|---|---|
| 1 | | 1/23/12 | 1/23/12 | Booking photo of Stephen Slevin from the Dona Ana County Detention Center. |
| 2 | | 1/23/12 | 1/23/12 | Admission photo of Stephen Slevin from the New Mexico Behavioral Health Institute at Las Vegas |
| 3 | | 1/23/12 | 1/23/12 | Dona Ana County Detention Center Inmate Photo Print |
| 4 | | 1/23/12 | 1/23/12 | 2005 medical file (DACDC) |
| 5 | | 1/23/12 | 1/23/12 | 2006 medical file (DACDC) |
| 6 | | 1/23/12 | 1/23/12 | 2007 medical file (DACDC) |
| 7 | | 1/23/12 | 1/23/12 | Letter dated June 15, 2006 from Daniel Zemek to Chris Barela |
| 8 | | 1/23/12 | 1/23/12 | DACDC incident reports |
| 9 | | 1/23/12 | 1/23/12 | Stephen Slevin's canteen transaction report (DACDC) |

| Plaintiff | Defendants | Date Marked | Date Admitted | Description of Exhibit |
|---|---|---|---|---|
| 10 | | 1/23/12 | 1/23/12 | Stephen Slevin's inmate order pick sheet (DACDC) dated June 18, 2007 |
| 11 | | 1/23/12 | 1/23/12 | Dona Ana County Jail inmate classification file for Stephen Slevin |
| 12 | | 1/23/12 | 1/23/12 | DACDC court disposition sheets |
| 13 | | 1/23/12 | 1/23/12 | Stephen Slevin's inmate previous housing moves printout |
| 14 | | 1/23/12 | 1/23/12 | Letters to and from Protection and Advocacy System/ACLE and Chris Barela, Daniel Zemek, and the Dona Ana County Attorney |
| 15 | | 1/23/12 | 1/23/12 | DACDC policy and procedures/operations manuals |
| 16 | | 1/23/12 | 1/23/12 | Recreation log |
| 17 | | 1/23/12 | 1/23/12 | Inmate property intake/release reports |
| 18 | | 1/23/12 | 1/23/12 | Las Vegas Medical Center nutritional assessment |
| 19 | | 1/23/12 | 1/23/12 | Forensic psychological evaluation of T. Gregory Kopp, Psy. D. |
| 21 | | 1/23/12 | 1/23/12 | DACDC video footage |
| 23 | | 1/23/12 | 1/23/12 | DACDC adult detainee handbook |
| 24 | | 1/23/12 | 1/23/12 | Stipulation between parties regarding Plaintiff's life expectancy |

Plaintiff Exhibits returned to

Signature of Counsel

1/24/12
Date