IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN SLEVIN,

    Plaintiff,

v.                                  No. CIV 08-01185 MV/DJS

BOARD OF COMMISSIONERS FOR THE
COUNTY OF DOÑA ANA, et al.,

    Defendants.

## **FINAL JUDGMENT**

THIS ACTION having come for trial before the Court and a jury, the Honorable Martha Vázquez, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered a verdict in favor of Plaintiff, Stephen Slevin,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Plaintiff.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff shall recover from Defendants compensatory damages in the total amount of $15.5 million.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff shall recover from Defendant Christopher Barela punitive damages in the total amount of $3 million.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff shall recover from Defendant Daniel Zemek punitive damages in the total amount of $3.5 million.

Dated this 17th day of February 2012.

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**